**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No. **CV 14-2270-SJO (PLA)**                                                   Date **March 16, 2016**

Title: **Lawrence Lamar Jones v. R.T.C. Grounds, Warden**

---

PRESENT:  THE HONORABLE    **PAUL L. ABRAMS**                          ☐ U.S. DISTRICT JUDGE
                                                                                                                              ☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**                 **ATTORNEYS PRESENT FOR RESPONDENTS:**
                    NONE                                                                                      NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

On May 8, 2014, this Court issued an Order granting petitioner's request for a stay in this matter, subject to the certain terms and conditions. Petitioner was ordered to file a status report in this Court every 60 days informing the Court of his progress in exhausting his currently unexhausted claims in state court. The most recent status report was due **on or before February 29, 2016**. To date, petitioner's status report has not been filed with this Court. Accordingly, **no later than April 15, 2016, petitioner is ordered to show cause** why the stay on this action previously imposed by the Court should not be lifted. Filing the required status report with this Court shall be deemed compliance with this Order to Show Cause.


cc:    Lawrence Lamar Jones, Pro Se
        Chung L. Mar, CAAG
        Noah P. Hill, CAAG
        Viet H. Nguyen, CAAG


                                                                                                Initials of Deputy Clerk    ch