# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAWRENCE LAMAR JONES, | No. CV 14-2270-SJO (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| C. PFEIFFER, Warden, | |
| Respondent. | |

Pursuant to the order accepting findings, conclusions, and recommendation of the magistrate judge, IT IS ADJUDGED that the second amended petition in this matter is denied and dismissed with prejudice.

DATED: August 26, 2016

*S. James Otero*
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE